03401 ANSDEF



FILED 2003 OCT 28  2 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHEA MILARDO | : |
| VS. | : CIVIL ACTION NO.: |
| | 3 03 CV 0401 MRK |
| TOWN OF WESTBROOK, ET. AL. | : OCTOBER 24, 2003 |

## ANSWER AND SPECIAL DEFENSES OF WESTBROOK POLICE UNION, LOCAL 1257 AND AFSCME, COUNCIL 15

The defendants, Westbrook Police Union, Local 1257, and AFSCME Council 15 submit this answer and special defenses in response to the plaintiff's complaint:

1. The allegation is not directed to the Union defendants and therefore they do not respond.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted

4 - 6  As to paragraphs 4 through 6, the union defendants have no knowledge and therefore leave the plaintiff to her proof.

7-8  The Union defendants deny paragraphs 7 and 8.

9-11. As to paragraphs 9 through 11, the union defendants have no knowledge and therefore leave the plaintiff to her proof.

12-14. The Union defendants deny paragraphs 12 through 14.

First Count

The Count is not directed to the Union defendants and therefore they do not respond.

Second Count

The Count is not directed to the Union defendants and therefore they do not respond.

Third Count

The Count is not directed to the Union defendants and therefore they do not respond.

Fourth Count

84. The Union defendants incorporate their responses to paragraphs 1-14 as already set forth herein. As to paragraphs 15-39, the Union defendants respond as follows:

- 15 - 17. As to paragraphs 15 through 17, the union defendants have no knowledge and therefore leave the plaintiff to her proof.
- 18. The Union defendants that portion of the paragraph which alleges "At various times, Senn . . . vice president,". As to the remainder of the paragraph, the Union defendants have no knowledge and leave the plaintiff to her proof.
- 19 - 32. The Union defendants deny the allegations in paragraphs 19 through 32.
- 33. As to paragraph 33, the Union defendants have no knowledge and therefore leave the plaintiff to her proof.
- 34 - 39. The Union defendants deny the allegations in paragraphs

                34 through 39.

85.     Paragraph 85 is admitted.

86 - 101.  The Union defendants deny the allegations set forth in Paragraphs 86 through 101.

<u>Fifth Count</u>

102.    The Union defendants incorporate their responses to paragraphs 1 through 39 and 85 through 96 as already set forth herein.

103 - 109.  The Union defendants deny the allegations set forth in Paragraphs 103 through 109.

<u>Sixth Count</u>

110.    The Union defendants incorporate their responses to paragraphs 1 through 39 and 85 through 96 as already set forth herein. As to paragraphs 58 through 72, the Union defendants respond as follows:

    58 - 59.    The Union defendants deny the allegations set forth in Paragraphs 58 through 59.

    60.    As to paragraph 60, the union defendants have no knowledge and therefore leave the plaintiff to her proof.

    61.    The Union defendants deny the allegations set forth in Paragraph 61.

    62 - 69.    As to paragraphs 62 through 69, the union defendants have no knowledge and therefore leave the plaintiff to her proof.

70-72.     The Union defendants deny the allegations set forth in Paragraphs 70 through 72.

111 - 126.  The Union defendants deny the allegations set forth in Paragraphs 111 through 126.

Seventh Count

127.  The Union defendants incorporate their responses to paragraphs 1 through 39 as already set forth herein.

128 - 129.  The Union defendants admit paragraphs 128-129.

130 - 146.  The Union defendants deny the allegations set forth in Paragraphs 130 -146.

Eighth Count

147.  The Union defendants incorporate their responses to paragraphs 1 through 39, and 128 through 136 as already set forth herein.

148 - 153.  The Union defendants deny the allegations set forth in Paragraphs 148-153.

Ninth Count

154.  The Union defendants incorporate their responses to paragraphs 1 through 39, and 128 through 136 as already set forth herein.

155 -160.  The Union defendants deny the allegations set forth in Paragraphs 155 through 160.

Tenth Count

161. The Union defendants incorporate their responses to paragraphs 1 through 39, and 128 through 136 as already set forth herein.

162. The Union defendants deny the allegations set forth in Paragraph 162.

163. The Union defendants have no knowledge of any representation and leave the plaintiff to her proof, but otherwise admit the remainder of the allegations in the paragraph.

164 - 173. The Union defendants deny the allegations set forth in Paragraphs 164 through 173.

Eleventh Count

174. The Union defendants incorporate their responses to paragraphs 1 through 39, and 128 through 136 as already set forth herein.

175 - 184. The Union defendants deny the allegations set forth in Paragraphs 175 through 184.

Twelfth Count

185. The Union defendants incorporate their responses to paragraphs 174 through 184 as already set forth herein.

186 - 190. The Union defendants deny the allegations set forth in Paragraphs 186 through 190.

Thirteenth Count

The Count is not directed to the Union defendants and therefore they do not respond.

5

## SPECIAL DEFENSES

The Union defendants plead the following defenses to the claims of the plaintiff:

### First Special Defense

1. The court lacks original, pendent, or ancillary jurisdiction over the subject-matter of the plaintiff's claims against the Union defendants.

### Second Special Defense

2. The plaintiff has failed to state claims against the Union defendants for which relief may be granted.

WESTBROOK POLICE UNION
LOCAL 1257, and AFSCME
COUNCIL 15

By: *Eric R. Brown* (signature)
Eric R. Brown
AFSCME Council 15,
Legal Dept.
290 Pratt Street
Meriden, CT 06450
203-237-2250
Fax: 203-237-2262
e-mail: attyerb@yahoo.com
Bar No. CT 13519

6

## CERTIFICATION

The undersigned certifies that the foregoing was mailed postage prepaid to all parties of record on this date as set forth herein:

Charles D. Houlihan
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Alexandra Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114

Susan M. Phillips, Esq.
Suisman, Shapiro, Wool & Brennan
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320

*[signature]*