UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHEA MILARDO | : |
| | : CIVIL ACTION NO. |
| | : |
| vs. | : 303 CV 401 (MRK) |
| | : |
| TOWN OF WESTBROOK, | : |
| WESTBROOK POLICE UNION, | : |
| Local 1257, AFSCME Council 15, | : March 20, 2004 |
| and DOUGLAS SENN | : |

## MOTION TO FILE DOCUMENT UNDER SEAL

Rhea Milardo, Plaintiff herein, moves to file a document under seal and represents as follows:

**Procedural Context**

Defendants have filed a motion to compel enforcement of a settlement. Plaintiff contends that Defendants have failed to perform the agreement, and have retaliated against her for asserting her civil rights since the mediation session.

**Present Issue**

In connection with her opposition to the motion to compel settlement, Plaintiff has prepared an affidavit with associated exhibits relating to an action directed against her on March 18, 2004. Public disclosure of such action would lead to censure or termination. Further, even if the action by a non-party is appropriate, whether Defendants have caused such action to be taken raises grave issues of retaliation.

**Motion to File Documents under Seal - Page 1**

Public release of such information is prohibited, and Plaintiff may only file such material as a sealed document.

**Procedure**

Local Rule 5 allows a party to request permission in advance of the submission of the records to be sealed. Because the consequences of public disclosure are severe, Plaintiff f requests advance permission of the court to file such records under seal.

           **RHEA MILARDO**,
           **PLAINTIFF**

By: _____
     Charles D. Houlihan, Jr.
     Federal Bar No. CT 11416
     Post Office Box 582
     Simsbury, CT 06070

     Telephone:  (860) 658-9668
     E-Mail:  charles.houlihan@sbcglobal.net
     Telecopier:  (860) 658-1339

     **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by first class United States Mail, postage prepaid, to:

Alexandria L. Voccio, Esq
Michael J. Rose, Esq.
Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114

fax:  522-9549

Representing Douglas Senn

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT   06450

fax:  203-237-2262

Representing Westbrook Police Union, Local 1257 and AFSCME Council 15

Hinda K. Kimmel, Esq.
Eileen C. Duggan, Esq.
Susan M. Phillips, Esq.
Matthew E. Auger, Esq.
Suisman, Shapiro, Wool & Brennan
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT   06320
fax:    860-442-0495

Representing the Town of Westbrook

on this the ___ day of March 2004.

_____
Charles D. Houlihan, Jr.