UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHEA MILARDO : | |
| : | CIVIL ACTION NO. |
| : | |
| vs. : | 303 CV 401 (MRK) |
| : | |
| TOWN OF WESTBROOK, : | |
| WESTBROOK POLICE UNION, : | |
| Local 1257, AFSCME Council 15, : | March 20, 2004 |
| and DOUGLAS SENN : | |

**OPPOSITION TO MOTION TO ENFORCE SETTLEMENT**

Rhea Milardo, Plaintiff herein, opposes the Town of Westbrook's Motion to Enforce Settlement and/or Enter Judgment in Accordance with Settlement dated February 25, 2004 and represents as follows:

**History of Case**

This is an action opposing sex discrimination and retaliation by a veteran female constable for the Town of Westbrook. Officer Milardo has worked as a part-time constable for more than 13 years. During her tenure, she has been subjected to a hostile and demeaning workplace by certain fellow officers and union officials, all directed toward forcing her to quit the force. She perseveres.

In his 2002 campaign for local union president, Douglas Senn announced that he would not work with 'niggers, spics or women' and pointed directly at Officer Milardo. It