# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| RHEA MILARDO, | : | |
| *Plaintiff* | : | |
| v. | : | Case No.  3:03 CV 401 (MRK) |
| | : | |
| TOWN OF WESTBROOK, | : | |
| WESTBROOK POLICE UNION, | : | |
| Local 1257, AFSCME Council 15, | : | |
| and DOUGLAS SENN | : | |
| *Defendants* | : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

_x_    A ruling on the following motions which are currently pending: (orefm.)
Doc # 45, 49 and 50

____    A settlement conference (orefmisc./cnf.)

____    A conference to discuss the following: (orefmisc./cnf.)

____    Other: (orefmisc./misc)

SO ORDERED this __24th__ day of __March__ , __2004__ at New Haven, Connecticut.

/s/    _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE