UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHEA MILARDO | : |
| VS. | : CIVIL ACTION NO.: |
| | : 3 03 CV 0401 MRK |
| TOWN OF WESTBROOK, ET. AL. | : MAY 10, 2004 |

## AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

I, Eric Brown, being duly sworn, depose and say under oath:

1. The undersigned is over the age of 18 years and understands the obligation of an oath.

2. On May 3, 2004, the undersigned received a notice of deposition from plaintiff's counsel to take the deposition of the defendant Westbrook Police Union, Local 1257.

3. On May 6, 2004, the undersigned counsel spoke with the plaintiff's counsel in an attempt to resolve the dispute related to the taking of the deposition.

4. On May 7, 2004, the undersigned received a fax message from the plaintiff's counsel outlining terms under which the plaintiff would agree to postpone the deposition. (Exhibit 1 attached hereto).

5. Said terms are unacceptable to the defendant.

6. The parties have made a good faith effort to resolve the differences but are unable to reach a resolution at this time.

Dated at Meriden, CT this 10th day of May, 2004.

            Eric Brown

            _____

State of Connecticut  :
         SS: Meriden
County of New Haven :

Subscribed and sworn to me this 10th day of May, 2004

            _____
            Harry Elliott
            Commissioner of Superior Court