FILED

MAY 12  3 02 PM '04

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RHEA MILARDO** | : |
| | : CIVIL ACTION NO. |
| | : |
| vs. | : 303 CV 401 (MRK) |
| | : |
| **TOWN OF WESTBROOK,** | : |
| **WESTBROOK POLICE UNION,** | : |
| Local 1257, AFSCME Council 15, | : May 11, 2004 |
| and **DOUGLAS SENN** | : |

## MOTION TO AMEND COMPLAINT

Rhea Milardo, Plaintiff herein, moves to amend her complaint with respect to the claims asserted against Douglas Senn and represents as follows:

1. While Plaintiff was presenting her claims to the CHRO, she commenced an action styled Milardo v. Senn in the Middletown Judicial District. Docket No. CV 02-0098798 S.

2. To avoid continuing litigation in two forums, counsel for Milardo and Senn have agreed that Plaintiff may amend her complaint in this action to add the claims in the state suit.

3. In reliance upon the agreement of counsel, Plaintiff has withdrawn her state court action.

4. Other than adding Counts Fifteen through Eighteen, Plaintiff has not modified the allegations in the original complaint.

Motion to Amend Complaint - Page 1

**RHEA MILARDO,
PLAINTIFF**

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:   (860) 658-9668
E-Mail:      charles.houlihan@sbcglobal.net
Telecopier:  (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

Motion to Amend Complaint - Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by first class United States Mail, postage prepaid, to:

Michael J. Rose, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

fax: 522-9549

Representing Douglas Senn

Susan M. Phillips, Esq.
Suisman, Shapiro, Wool & Brennan
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
fax: 860-442-0495

Representing the Town of Westbrook

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT 06450

fax: 203-237-2262

Representing Westbrook Police Union, Local 1257 and AFSCME Council 15

on this the 11th day of May 2004.

Charles D. Houlihan, Jr.