# United States District Court
# District of Connecticut

Milardo
*Plaintiff*
         v.                                Case No. 03cv401 (MRK)

Westbrook
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☒ A ruling on the following motions which are currently pending: (orefm.) Doc. ## **56.**

☐ A settlement conference (orefmisc./cnf.)

☐ A conference to discuss the following: (orefmisc./cnf.)

☐ Other: (orefmisc./misc)


SO ORDERED this   12th   day of   May  ,   2004   at New Haven, Connecticut.


                    /s/            Mark R. Kravitz
                        UNITED STATES DISTRICT COURT JUDGE