UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 19, 2004

10:00 a.m.

*Held 4 hours*

CASE NO. 3:03cv401 (MRK)    Milardo vs. Town of Westbrook, et al

Matthew E. Auger
Suisman, Shapiro, Wool
Brennan, Gray & Greenberg
2 Union Plaza, Ste 200
PO Box 1591
New London, CT 06320

Eric R. Brown
AFSCME Council 15
Legal Dept.
290 Pratt St.
Meriden, CT 06450

Eileen Catherine Duggan
Suisman, Shapiro, Wool
Brennan, Gray & Greenberg
2 Union Plaza, PO Box 1591
Ste. 200
New London, CT 06320

Charles D. Houlihan Jr.
1276 Hopmeadow St.
PO Box 582
Simsbury, CT 06070-0582

Susan Mara Phillips
Suisman, Shapiro, Wool
Brennan, Gray & Greenberg
2 Union Plaza, PO Box 1591, Ste. 200
New London, CT 06320

Michael J. Rose
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Martha Anne Shaw
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK