FILED

Oct 12   4 15 PM '04

U. S. DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RHEA MILARDO** | : | |
| | : | **CIVIL ACTION NO.** |
| | : | |
| **vs.** | : | **303 CV 401 (MRK)** |
| | : | |
| **TOWN OF WESTBROOK,** | : | |
| **WESTBROOK POLICE UNION,** | : | |
| **Local 1257, AFSCME Council 15,** | : | **October 7, 2004** |
| **and DOUGLAS SENN** | : | |

### MOTION FOR DEFAULT

Rhea Milardo, Plaintiff herein, moves for entry of default against Douglas Senn

for his failure to appear pursuant to court order for a settlement conference on May 19,

2004.

**RHEA MILARDO,**
**PLAINTIFF**

By: _____

Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:   (860) 658-9668
E-Mail:   charles.houlihan@sbcglobal.net
Telecopier:   (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

Motion for Default - Page 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by first class United States Mail, postage prepaid, or facsimile to:

Alexandria L. Voccio, Esq
Michael J. Rose, Esq.
Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114

fax:  522-9549

Representing Douglas Senn

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT   06450

fax:  203-237-2262

Representing Westbrook Police Union,
Local 1257 and AFSCME Council 15

on October 7, 2004.

Hinda K. Kimmel, Esq.
Matthew E. Auger, Esq.
Suisman, Shapiro, Wool & Brennan
Two Union Plaza, Suite 200
P.O. Box 1591
New London, CT   06320
fax:    860-442-0495

Representing the Town of Westbrook

_____
Charles D. Houlihan, Jr.

**Motion for Default - Page 2**