UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RHEA MILARDO** : | |
| : | **CIVIL ACTION NO.** |
| : | |
| vs. : | **303 CV 401 (MRK)** |
| : | |
| **TOWN OF WESTBROOK,** : | |
| **WESTBROOK POLICE UNION,** : | |
| Local 1257, AFSCME Council 15, : | October 14, 2004 |
| and **DOUGLAS SENN** : | |

**WITHDRAWAL OF MOTION FOR DEFAULT**

Rhea Milardo, Plaintiff herein, hereby withdraws her motion for default dated October 7, 2004 with respect to Douglas Senn.

**RHEA MILARDO,**
**PLAINTIFF**


By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:   (860) 658-9668
E-Mail:       charles.houlihan@sbcglobal.net
Telecopier:   (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by first class United States Mail, postage prepaid, or electronic means to:

| | |
|---|---|
| Michael J. Rose, Esq.<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT   06114<br><br>fax:  522-9549<br><br>Representing Douglas Senn | Hinda K. Kimmel, Esq.<br>Suisman, Shapiro, Wool & Brennan<br>Two Union Plaza, Suite 200<br>P.O. Box 1591<br>New London, CT   06320<br><br>fax:    860-442-0495<br><br>Representing the Town of Westbrook |

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT   06450

fax:  203-237-2262

Representing Westbrook Police Union, Local 1257 and AFSCME Council 15

on this the ___ day of October 2004.

                                                _____
                                                Charles D. Houlihan, Jr.