UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RHEA MILARDO** | : | |
| | : | **CIVIL ACTION NO.** |
| | : | |
| vs. | : | 303 CV 401 (MRK) |
| | : | |
| **TOWN OF WESTBROOK,** | : | |
| **WESTBROOK POLICE UNION,** | : | |
| Local 1257, AFSCME Council 15, | : | December 17, 2004 |
| and **DOUGLAS SENN** | : | |

## REQUEST FOR RETURN OF COST BOND

Rhea Milardo, Plaintiff herein, requests the return of the $500 cost bond she delivered to the District Clerk in May 2003.

        **RHEA MILARDO,**
        **PLAINTIFF**


By: _____
    Charles D. Houlihan, Jr.
    Federal Bar No. CT 11416
    Post Office Box 582
    Simsbury, CT 06070

    Telephone:  (860) 658-9668
    E-Mail:  charles.houlihan@sbcglobal.net
    Telecopier:  (860) 658-1339

    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by first class United States Mail, postage prepaid, to:

| | |
|---|---|
| Michael J. Rose, Esq.<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT   06114 | Hinda K. Kimmel, Esq.<br>Suisman, Shapiro, Wool & Brennan<br>Two Union Plaza, Suite 200<br>P.O. Box 1591<br>New London, CT   06320 |
| fax:  522-9549 | fax:   860-442-0495 |
| Representing Douglas Senn | Representing the Town of Westbrook |

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT   06450

fax:  203-237-2262

Representing Westbrook Police Union,
Local 1257 and AFSCME Council 15

on this the ___ day of December 2004.

                                                _____
                                                Charles D. Houlihan, Jr.