CHAMBERS OF
WILLIAM I. GARFINKEL
U.S. MAGISTRATE JUDGE

2004 DEC 16 P 5: 29

FILED

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHEA MILARDO | : |
| | : CIVIL ACTION NO. |
| vs. | : |
| | : 303 CV 401 (MRK) |
| TOWN OF WESTBROOK, | : |
| WESTBROOK POLICE UNION, | : |
| Local 1257, AFSCME Council 15, | : December 4, 2004 |
| and DOUGLAS SENN | : |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and with the consent of all Defendants, Rhea Milardo represents that all parties have stipulated and agreed, through their respective counsel, that this action be dismissed in its entirety, with prejudice and without an award of attorneys fees or costs of court in accordance with the negotiated resolution.

Stipulation for Dismissal - Page 1

RHEA MILARDO
PLAINTIFF

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:  (860) 658-9668
E-Mail:     charles.houlihan@sbcglobal.net
Telecopier: (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been mailed by first class United States Mail, postage prepaid, to:

| | |
|---|---|
| Michael J. Rose, Esq. | Hinda Kimmel, Esq. |
| Howd & Ludorf | Suisman, Shapiro, Wool & Brennan |
| 65 Wethersfield Avenue | Two Union Plaza, Suite 200 |
| Hartford, CT  06114 | P.O. Box 1591 |
| | New London, CT  06320 |
| fax:  522-9549 | fax:   860-442-0495 |
| Representing Douglas Senn | Representing the Town of Westbrook |

Eric R. Brown, Esq.
AFSCME Council 15 Legal Dept.
290 Pratt Street
Meriden, CT  06450

fax:  203-237-2262

Representing Westbrook Police Union, Local 1257 and AFSCME Council 15

on this the ___ day of December 2004.

John Bennett, Esq.
Gould, Larson, Bennet, Wells & McDonnell
35 Plains Road
P.O. Box 959
Essex CT 06426

fax:  860-767-2742
Representing the Town of Westbrook

_____
Charles D. Houlihan, Jr.