CHAMBERS OF
WILLIAM I. GARFINKEL
U.S. MAGISTRATE JUDGE

2004 DEC 16 P 5: 29

FILED

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RHEA MILARDO | : |
| | : CIVIL ACTION NO. |
| vs. | : |
| | : 303 CV 401 (MRK) |
| TOWN OF WESTBROOK, | : |
| WESTBROOK POLICE UNION, | : |
| Local 1257, AFSCME Council 15, | : December 4, 2004 |
| and DOUGLAS SENN | : |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and with the consent of all Defendants, Rhea Milardo represents that all parties have stipulated and agreed, through their respective counsel, that this action be dismissed in its entirety, with prejudice and without an award of attorneys fees or costs of court in accordance with the negotiated resolution.

FILED
2004 DEC 17 A 11: [illegible]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Dismissal ordered*
[signature] 12/17/04